SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff,<br><br>    vs.<br><br>Kirk W Shorter, et al<br><br>        Defendants | Case No. **2:10-cv-00440-MCE-DAD**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL MAY 10, 2010 FOR DEFENDANTS ROBERT R. WILLIAMS; RHONDA E. WILLIAMS TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Robert R. Williams; Rhonda E. Williams, by and through, Scott N. Johnson; Robert R. Williams; Rhonda E. Williams (PRO SE), stipulate as follows:

1. No extension of time has been previously obtained.
2. Defendants Robert R. Williams; Rhonda E. Williams are granted an extension until May 10, 2010 to respond or otherwise plead reference to Plaintiff's complaint.
3. Defendants Robert R. Williams; Rhonda E. Williams response will be due no later than May 10, 2010.

IT IS SO STIPULATED effective as of April 6, 2010

Dated:   April 7, 2010                /s/Robert R. Williams___
                                      Robert R. Williams
                                      PRO SE


Dated:   April 7, 2010                /s/Rhonda E. Williams___
                                      Rhonda E. Williams
                                      PRO SE


Dated:   April 6, 2010                /s/Scott N. Johnson ____
                                      Scott N. Johnson,
                                      Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendants Robert R. Williams; Rhonda E. Williams shall have until May 10, 2010 to respond to complaint.

Dated: April 12, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE